IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-00794-REB-MJW

MICHAEL DUANE WINDSOR,

Plaintiff,

v.

LT. JOHN MARTINDALE, ET. AL.,

Defendants,

IN RE: The State of Colorado v. Edward Montour, Jr., D-96 (2009-03-05) Subpoena Duces Tecum.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that the Motion by (Intervener) Edward Montour to Transmit Sealed Record to State Court Judge (docket no. 318) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1 A and failure to provide notice to David Sergent since such requested records involve David Sergent. The Intervener shall provide actual notice of the subject motion (docket no. 318) to all parties in Windsor v. Lt. John Martindale, et al., Case Number 96-cv-00794-REB-MJW (formally Case Number 96-S-794) and to David Sergent. The Intervener may re-file the subject motion after providing actual notice to all parties in the Windsor v. Lt. John Martindale, et al., case number 96-cv-00794-REB-MJW (formally case no. 96-S-794) and to David Sergent.

Date: July 28, 2009